# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**FILED**

December 10, 2013

Lyle W. Cayce
Clerk

No. 13-20095
Summary Calendar

In the Matter of: THOMAS MARTIN SIMS,

Debtor

-------------------------------------------------------------------------------------------------------------

THOMAS MARTIN SIMS,

Appellant

v.

PATRICIA H. FITZPATRICK; RICHARD GUION,

Appellees.

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:12-cv-03052

Before JOLLY, SMITH, and CLEMENT, Circuit Judges.

PER CURIAM:*

For essentially the reasons stated by the bankruptcy court, 479 B.R. 415 (Bankr. S.D. Tex. 2012), the judgment is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.